832 A.2d 1064

**Stanley M. SHEPP, Petitioner**

v.

**Tracey L. SHEPP, a/k/a Tracey L. Roberts, Respondent.**

Supreme Court of Pennsylvania.

Sept. 29, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of September 2003, we **GRANT** the Petition for Allowance of Appeal, and **LIMIT** it to the following question:

To what extent can the courts limit parents from advocating religious beliefs that, if acted upon, would constitute criminal conduct?